UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CHAMPE,

    Plaintiff,

vs.

Case No. 2:06-cv-14147
Hon. Paul Borman

ALLSTATE INSURANCE COMPANY,
A Foreign Insurance Corporation,

    Defendant.
_____/

| GLENN A. SALTSMAN (P53002) | DONALD C. BROWNELL (P48848) |
|---|---|
| GLENN A. SALTSMAN, PLC | NICOLAS A. VESPRINI (P66061) |
| Attorney for Plaintiff | VANDEVEER GARZIA, P.C. |
| 30300 Northwestern Highway, Suite 106 | Attorneys for Defendant |
| Farmington Hills, MI 48334 | 1450 W. Long Lake Road, Suite 100 |
| (248) 932-0100 | Troy, MI 48098-6330 |
| gsaltsman@usa.net | (248) 312-2800 |
| | dbrownell@vgpclaw.com |

_____/

## AMENDED ORDER GRANTING DEFENDANT'S MOTION
## TO COMPEL MEDICAL EVALUATIONS

Briefs having been filed, oral arguments having been heard, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED, for the reasons stated on the record, that Plaintiff shall appear for the medical examinations with Dr. Philip Friedman and Dr. William Higginbotham.

_____
DISTRICT COURT JUDGE

Approved as to form:

w/ consent of Glenn A. Saltsman
_____
GLENN A. SALTSMAN

s/ Donald C. Brownell
_____
DONALD C. BROWNELL